| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| I. STEPHAN BLOCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:03-CV-1466 |
| | § | |
| R.A. SMITH, *et* al., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

I. Stephan Bloch, proceeding *pro se*, filed the above-styled lawsuit against R.A. Smith, Garod Garrison and Phillip Williams. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The defendants filed a motion to dismiss or, in the alternative, for summary judgment. Treating the motion as a motion for summary judgment, the magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. The motion for summary judgment is GRANTED. A final judgment will be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 19th day of May, 2006.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE